1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   GARY LAMONT BUNN, Jr.,              No. 2:24-cv-2383 CKD P

12        Plaintiff,

13        v.                             ORDER

14   JAMES ROBERTSON, et al.,

15        Defendants.

16

17      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to
18  42 U.S.C. § 1983.  Plaintiff has filed an application to proceed in forma pauperis pursuant to
19  28 U.S.C. § 1915.
20      The federal venue statute provides that a civil action "may be brought in (1) a judicial
21  district in which any defendant resides, if all defendants are residents of the State in which the
22  district is located, (2) a judicial district in which a substantial part of the events or omissions
23  giving rise to the claim occurred, or a substantial part of property that is the subject of the action
24  is situated, or (3) if there is no district in which an action may otherwise be brought as provided in
25  this action, any judicial district in which any defendant is subject to the court's personal
26  jurisdiction with respect to such action."  28 U.S.C. § 1391(b).
27      In this case, the defendants are located and the claim arose in Del Norte County, which is
28  in the Northern District of California.  Therefore, plaintiff's claim should have been filed in the

1 | United States District Court for the Northern District of California.  In the interest of justice, a
2 | federal court may transfer a complaint filed in the wrong district to the correct district.  See
3 | 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).
4 |     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
5 | States District Court for the Northern District of California.
6 | Dated:  September 16, 2024

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE

14 | 12/bunn2383.21a