UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LAMONT BUNN,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES ROBERTSON, et al.,<br><br>    Defendants. | Case No. 24-cv-06541-HSG<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a *pro se* action pursuant to 42 U.S.C. § 1983. On September 3, 2025, the Court dismissed the complaint for failure to state a claim, and granted Plaintiff leave to file an amended complaint. Dkt. No. 17. The Court ordered Plaintiff to file an amended complaint by October 1, 2025, or face dismissal of this action. *Id.* The deadline has passed, and Plaintiff has not filed an amended complaint. Accordingly, the Court DISMISSES this action for failure to state a claim. The dismissal is without prejudice to filing a motion to reopen, accompanied by a proposed amended complaint that addresses the deficiencies identified in the Court's September 3, 2025 Order, and explaining why Plaintiff failed to timely file an amended complaint. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: 11/21/2025

                                  HAYWOOD S. GILLIAM, JR.
                                  United States District Judge