UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LAMONT BUNN, <br><br> Plaintiff, <br><br> v. <br><br> JAMES ROBERTSON, et al., <br><br> Defendants. | Case No. 24-cv-06541-HSG <br><br> **JUDGMENT** |

The Court has DISMISSED this action without prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:    11/21/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge